AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| National Council of Prison Locals, AFGE et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-1907 |
| Federal Bureau of Prisons, et a. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Council of Prison Locals, AFGE and CPL-33, AFGE Local 1661, AFL-CIO .

Date: 11/17/2025

/s/ Kyla M. Snow
*Attorney's signature*

Kyla M. Snow (DC Bar No. 90036400)
*Printed name and bar number*

5100 Wisconsin Ave. NW
Suit 301
Washington, DC 20016
*Address*

kyla@jacobsonlawyersgroup.com
*E-mail address*

(301) 823-1148
*Telephone number*

N/A
*FAX number*