**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

NATIONAL COUNCIL OF PRISON LOCALS,
AMERICAN FEDERATION OF

GOVERNMENT EMPLOYEES, and

CPL-33, AFGE Local 1661, AFL-CIO,

Civil Action No.:
3:25-cv-01907 (VDO)

Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS, and

WILLIAM K. MARSHALL, III,
in his official capacity as Director of Federal Bureau of Prisons,

NOV 20 2025 PM3:29
FILED-USDC-CT-HARTFORD

Defendants.

## REQUEST FOR ISSUANCE OF SUMMONS

Defendants in National Council of Prison Locals, AFGE v. Federal Bureau of Prisons, No. 3:25-cv-10907 (VDO), are a United States agency (the Bureau of Prisons) and an officer of the agency sued in his official capacity (the Director of the Bureau of Prisons). Service is therefore governed by Federal Rule of Civil Procedure 4(i); see also *Armstrong v. Sears*, 33 F.3d 182, 187 (2d Cir. 1994). Under that Rule, Plaintiffs "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency" and "officer." Fed. R. Civ. P. 4(i)(2). To serve the United States, Plaintiffs must "deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought" (or send a copy to the civil process clerk at the U.S. attorney's office), *id.* at 4(i)(1), and "send a copy of each by registered or certified mail to the Attorney General of the United States at

Washington, D.C.," *id.*

The Clerk's Office has already issued a summons for the agency and officer Defendants. Plaintiffs respectfully request that the Clerk also issue a summons addressed to the following, as required by Rule 4(i):

Pamela Bondi
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

David X. Sullivan
United States Attorney for the District of Connecticut
Connecticut Financial Center
157 Church St.
Floor 25
New Haven, CT 06510

Respectfully submitted,

THE PLAINTIFFS,

By:  /s/ *Logan J. Place*

Logan J. Place, ct31874
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue, 2nd Floor
Hartford, CT 06105
(860) 233-9821
ljplace@lapmk.org