IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-01907 |

**PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705
AND FOR PRELIMINARY INJUNCTION**

For the reasons stated in the attached memorandum in support, Plaintiffs National Council of Prison Locals, American Federation of Government Employees ("CPL-33") and CPL-33, AFGE Local 1661, AFL-CIO, hereby move for a stay or preliminary set aside under the Administrative Procedure Act or for a preliminary injunction against Defendants Federal Bureau of Prisons (BOP) and BOP Director William K. Marshall, III. A proposed order is attached.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)*
Lynn D. Eisenberg (D.C. Bar 1017511)*
Kyla M. Snow (D.C. Bar 90036400)*
Brian C. Rosen-Shaud (ME Bar 006018)*
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301
Washington, D.C. 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Admitted *pro hac vice*

1

By: <u>*/s/ Logan J. Place*</u>
Logan J. Place (ct31874)
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue, 2nd Floor
Hartford, CT 06105
(860) 233-9821
ljplace@lapmk.org

*Counsel for Plaintiffs*
