IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

    *Plaintiffs*,

  v.

FEDERAL BUREAU OF PRISONS, *et al.*,

    *Defendants*.

Case No. 3:25-cv-01907

**AFFIDAVIT OF SERVICE**

I, Kyla Snow, declare as follows:

1.    I am an attorney at Jacobson Lawyers Group, PLLC, and I am counsel for Plaintiffs in the above-captioned case. I submit this affidavit as proof of service of the summons and Complaint on the Defendant agencies and the U.S. Attorney General in accordance with Federal Rule of Civil Procedure 4(i).

2.    In addition to effectuating service by hand delivery on the U.S. Attorney's office for the District of Connecticut, our office effectuated service on the Defendant agencies and the U.S. Attorney General by mailing copies of the summons and Complaint via certified mail.

3.    On December 3, 2025, at 8:07 a.m. EST, the summons and Complaint were delivered via certified mail to the Defendants the Federal Bureau of Prisons and the Director of the Federal Bureau of Prisons. The tracking numbers for those packages are 9589 0710 5270 2531 8391 32 and 9589 0710 5270 2531 8391 56. Proof of delivery is attached. *See* Exs. 1 & 2.

4.    On December 4, 2025, at 4:38 a.m. EST, the summons and Complaint addressed to the U.S. Attorney General were delivered, again via certified mail, and picked up from the

Post Office by an individual from the U.S. Department of Justice in Washington, D.C. The tracking number for that package is 9589 0710 5270 2531 8391 49. Proof of delivery is attached. *See* Ex. 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2025.

*/s/ Kyla M. Snow*
Kyla M. Snow (D.C. Bar 90036400)*
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301
Washington, D.C. 20016
(301) 615-0899
kyla@jacobsonlawyersgroup.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*
