# Exhibit 2

![USPS Logo] UNITED STATES POSTAL SERVICE

December 29, 2025

Dear Kyla Snow:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 2531 8391 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 3, 2025, 8:07 am |
| **Location:** | WASHINGTON, DC 20534 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | S. Hortal / S. Hortal |
| **Address of Recipient:** | Prisons 20534 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004