# Exhibit 3



December 29, 2025

Dear Kyla Snow:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 2531 8391 49**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 4, 2025, 4:38 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*
Printed Name: *Ky Tma*

Address of Recipient: *Justice 20530*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004