**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS et al., | : | No.:3:25cv1907 (VDO) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS et al., | : | |
| Defendants. | : | February 13, 2026 |
| : | | |

**MOTION TO TRANSFER VENUE TO THE**
**DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to 28 U.S.C. § 1404(a), the defendants, the Federal Bureau of Prisons ("BOP")

and William K. Marshall III, in his official capacity as Director of the BOP, respectfully move to

transfer venue in this case to the United States District Court for the District of Columbia (the

"D.D.C.").  As the American Federation of Government Employees and its affiliates ("AFGE")

have previously argued in other litigation along similar lines, the D.D.C. is the most appropriate

venue for this action. Should the Court find it has subject-matter jurisdiction in this case, the

defendants ask the Court to transfer this matter to the D.D.C. because most, if not all the

operative facts underlying this claim, occurred there. In further support of this motion the

defendants submit the accompanying memorandum of law.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

2

/s/_____
J. Brian Meskill (ct29611)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
T: (203) 821-3700
F: (203) 773-5373
Brian.Meskill@usdoj.gov