**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **April 30, 2026** _____

Case # **3:25cv1907 (VDO)** _____

**National Council of Prison Local, et al**
_____

Vs.

**Federal Bureau of Prisons, et al.**
_____

Honorable Judge **Vernon D. Oliver** _____

Deputy Clerk **Nicola Kelsey** _____

Counsel for Pla(s) **Brian Rosen-Shaud/Daniel F. Jacobson***

Counsel for Dft(s) **Jeremy Mauritzen/ J. Brian Meskill** _____

Start Time **10:13 am** ___ End Time **11:43 am** _____

Reporter/ECRO/Courtsmart **Corinne Thomas** _____

Recess (if more than ½ hr) _____ to _____

Interpreter_____ Language _____

Total Time **1** _____hour(s) **30** _____minute(s)

Hearing held  ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ◼ Motion/Oral Argument     90min | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

◼ Motion __for Preliminary Injunction (ECF 28)_____filed by ◼ Pla ☐Dft ☐ granted ☐ denied ◼ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

***Counsel for Plaintiffs continued:   Logan Place**

Rev. 3/21/24