# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., | ) ) ) ) | |
| *Plaintiffs*; | ) | No. 3:25-CV-01907-VDO |
| | ) | |
| v. | ) ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| *Defendants*. | ) ) ) | |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, the undersigned, Jonathan Hemingway, Senior Deputy Assistant Director, Federal Bureau of Prisons (BOP), Human Resource Management Division (HRMD), certifies that, to the best of his knowledge, the materials described in the following list comprise the non-privileged administrative record in this matter that were directly or indirectly considered in connection with the termination of the collective bargaining agreement, and that the administrative record, and the documents therein, are complete.

| No. | Date | Document Title/Description | Range |
|---|---|---|---|
| 1 | 9/25/25 | BOP Director's Termination Memorandum | 0001-0002 |
| 2 | 9/25/25 | BOP Director's Sallyport Message | 0003-0004 |
| 3 | 9/25/25 | E-mail re: "Termination of Collective Bargaining Agreements Pursuant to EO 14251" | 0005-0006 |

1

|  |  | Attachment: FAQs for EO14251 and 14343 | 0007-0013 |
|---|---|---|---|
|  |  | Attachment: Executive Order | 0014-0019 |
|  |  | Attachment: Draft Termination Notification | 0020 |
| 4 | 9/10/25 | OPM Updated Answers to E.O. FAQs | 0021-0030 |
| 5 | 8/20/25 | E-mail re: scheduling meeting re: CBA | 0031-0032 |
| 6 | 8/1/25 | Stay Pending Appeal<br>AFGE v. Trump (No. 25-4014) (9th Cir.) | 0033-0049 |
| 7 | 6/24/25 | Order re: Preliminary Injunction<br>AFGE v. Trump (Case No. 25-cv-03070-JD) (N.D. Cal.) | 0050-0078 |
| 8 | 4/25 | OPM FAQs re: Executive Order 14251 | 0079-0085 |
| 9 | 3/27/25 | Executive Order 14251 | 0086-091 |
| 10 | 7/21/14 | BOP Master Agreement | 0092-0194 |
| 11 | 1/17/68 | Certification Letter | 0195-0196 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May 2026.

JONATHAN HEMINGWAY

Digitally signed by JONATHAN HEMINGWAY
Date: 2026.05.13 17:34:33 -04'00'

Jonathan Hemingway
Senior Deputy Assistant Director, HRMD

2