

**U.S. Department of Justice**

Federal Bureau of Prisons

_Office of the Director_                                    _Washington, DC 20534_

September 25, 2025

To:      Brandy Moore White, Union President

From:   William K. Marshall III, Director

Re:      Termination of Existing Collective Bargaining Agreement

On March 27, 2025, President Trump signed an executive order (EO) entitled _Exclusions from Federal Labor-Management Relations Programs (Exclusions)_. This order utilized the President's broad authority under 5 U.S.C § 7103(b)(l) to exempt agencies and agency subdivisions from the provisions of the Federal Service Labor-Management Relations Statute (FSLMRS). The Department of Justice (other than the United States Marshals Service) was explicitly included in _Exclusions_.

As a result, based on the EO and as of the date of this notice, Bureau of Prisons no longer recognizes the Counsel of Prison Locals, AFGE, as the exclusive representative for employees of the existing bargaining unit. As a result, the following actions, among others, consistent with this decision are being taken:

   A.  The collective bargaining agreement (CBA) between the Bureau of Prisons (BOP) and the Counsel of Prison Locals (July 21, 2014 – May 28, 2029), and any other negotiated agreements or MOUs between these parties are no longer in effect. Employees will be required to abide by and be regulated by, Component and DOJ policies as well government-wide laws, rules and regulations.

   B.  Union dues will no longer be deducted from employees' pay or transmitted to you on their behalf.

   C.  Union officials may no longer request or be granted official time pursuant to the FSLMRS or any CBAs. Any previously approved official time is hereby no longer approved. All employees must report to their currently assigned position of record as of the date of this memo unless they are in an approved leave status.

   D.  Employees no longer have the right to union representation at formal discussions, investigatory interviews, 3rd party proceedings or in any other situation unless they have a right to a personal representative and choose a union official to represent them

0001

in this capacity. Any representative who is also an employee will have to use appropriate leave if they provide representation during work hours.

Any questions regarding this memorandum or other issues should be raised with Christopher Wade, Chief, Labor Relations Office.

CC:    AAG/A
       JMD HR Director
       AD, EL