

Search: **Sallyport** | Policy | Forms | RIDS

SEARCH

→ **Staff Directory**          → Policy Directory     → A-Z Topics
→ BOPWare/Web SENTRY     → Forms Directory     → Site Map

⚇ Sign In

HOME    AGENCY    NEWS    FACILITIES    TOOLS    EMPLOYEE RESOURCES    HELP    WEBSITES    **SAVED LINKS**

🏠 ›› Facilities ›› Director's Office ›› Message from the Director

Last Updated 2025-09-25 at 18:20:07 EST

Text Size ⊖ ⊕     Save | Print | Email

**Branches**

Director's Office Home Page

Ombudsman

**Local Links**

About Us

Conference Rooms

Human Resources

Selected Key Managers and Support Staff in the Central Office

Submitting Sallyport Headline Stories

Support Functions

Transit Subsidy

Wellness

## Message from the Director

Topic: No excuses. No roadblocks. Just better.

*September 25, 2025*



**William K. Marshall III**
Director
Bureau of Prisons

For too long, the Federal Bureau of Prisons has been ranked among the worst places to work in the federal government. That's unacceptable and that demands change.

My commitment is clear: make life better for every person who works here. Better conditions. Better policies. A better future.

CPL-33 has a proud history of advocating for its members, and I want to acknowledge the positive contributions it has made over the years. Many dedicated people have given their time and energy under this contract, and I respect the intent behind that work. But the truth is, despite those efforts, we have not seen the progress we need. The current contract has too often slowed or prevented changes that would have made your jobs safer and your workdays better. This is not about questioning the value of representation; it's about ensuring representation moves us forward, not holds us back.

I grew up in West Virginia. My family has always been pro-union. The coal miners and steel workers I knew stood together, fought for safer conditions, and made life better for their families. That's the kind of union I will always support.

But when a union becomes an obstacle to progress instead of a partner in it, it's time for change. And today, thanks to President Donald J. Trump and Attorney General Pamela Bondi, we're making that change. Today, I'm announcing the termination of our contract with CPL-33 effective immediately.

I want to be absolutely clear about what this means.

- Your job security is protected by civil service law. You will not be removed, suspended, or demoted without cause and due process.
- Your pay and benefits, including your salary, retirement, health insurance, overtime, leave accrual, and uniform allowance, are guaranteed by law and remain.
- Your civil service protections, including whistleblower rights, appeal rights, and anti-discrimination protections, remain fully in place.
- Your safety remains my priority. Our legal obligation to provide a safe and secure workplace does not change.

In the coming days, we will spell out exactly how we move forward from here but the bottom line is CPL-33 didn't give you your protections, the law did, and Bureau policy continues them.

Those safeguards aren't going anywhere. This isn't about taking things away, it's about giving you more. More clarity. More fairness. More respect.

The whole purpose of ending this contract is to make your lives better. Period.

Every time I change an old practice, I'm asking one question first: Does this make life better for my staff? If the answer is no, it doesn't happen. If the answer is yes, we move and we move fast.

0003

We will move forward with solutions that work, without roadblocks, without excuses, and with one goal: to make the Bureau a place where people are proud to serve.

This is our moment to build something better. And we will. Now, let's get to work.

William K. Marshall, III
Director
Federal Bureau of Prisons

⌐ Back To Top

0004