From:    Mason, Elisa (BOP) ██████████
Sent:    Wednesday, August 20, 2025 5:03 PM
To:      Pestana, Diego (ODAG)
Cc:      Marshall, William (BOP); Smith, Joshua (BOP); Bogin, Seth (BOP); Desai, Rina
(BOP); Griffith, L.
Cristina (BOP)
Subject:        RE: Meeting Next Week, re CBAs

That sounds great, Diego. I will get with the Director and Deputy Director's
assistant tomorrow to
see what time might work for them. I will be off Wednesday through Friday, so
hopefully we can find
a time Monday or Tuesday. Adding Cristina Griffith, our Assistant Director for Human
Resources
Management Division, as well.

Elisa Mason
Acting General Counsel
Federal Bureau of Prisons
████████████

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION/ATTORNEY WORK PRODUCT
The information contained in this electronic message and any accompanying document
constitutes
sensitive information. This information is the property of the United States
Department of Justice. If you
are not the intended recipient of this information, any disclosure, copying, or
distribution of, or taking of
any action in reliance on, this information is strictly prohibited. If you received
this message in error,
please notify us immediately to make arrangements for its return to us.

From: Pestana, Diego (ODAG)
Sent: Wednesday, August 20, 2025 4:47 PM
To: Mason, Elisa (BOP)
Cc: Marshall, William (BOP) ; Smith, Joshua (BOP) ; Bogin, Seth (BOP) ; Desai, Rina
(BOP)
Subject: Meeting Next Week, re CBAs

Hi, Elisa,

In light of the recent developments on CBAs, would we be able to schedule a meeting
next
week to discuss options going forward with the CBAs? I'd be happy to come over to
BOP
for the meeting. Let's find a time that works for the Director and Deputy Director,
any
please feel free to have anyone you feel is needed from OGC.

Thank you, Elisa, and please let me know if you have any questions.

Diego M. Pestana
Acting Associate Deputy Attorney General
Office of the Deputy Attorney General
U.S. Department of Justice
Email: ████████████████████
Office Phone: █████████████
Mobile: ████████████

0032