PRESIDENTIAL ACTIONS

EXCLUSIONS FROM FEDERAL LABOR-MANAGEMENT RELATIONS PROGRAMS

Executive Orders

March 27, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, including sections 7103(b)(1) of title 5 and 4103(b) of title 22, United States Code, to enhance the national security of the United States, it is hereby ordered:

Section 1.  Determinations.  (a)  The agencies and agency subdivisions set forth in section 2 of this order are hereby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work.  It is also hereby determined that Chapter 71 of title 5, United States Code, cannot be applied to these agencies and agency subdivisions in a manner consistent with national security requirements and considerations.

(b)  The agency subdivisions set forth in section 3 of this order are hereby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work.  It is also hereby determined that Subchapter X of Chapter 52 of title 22, United States Code, cannot be applied to these subdivisions in a manner consistent with national security requirements and considerations.

Sec. 2.  Additional National Security Exclusions.  Executive Order 12171 of November 19, 1979, as amended, is further amended by:

(a)  In section 1–101, adding "and Section 1–4" after "Section 1–2" in both places that term appears.

(b)  Adding after section 1–3 a new section 1–4 that reads:

"1–4.  *Additional Exclusions*.

0086

1-401.  The Department of State.

1-402.  The Department of Defense, except for any subdivisions excluded pursuant to section 4 of the Executive Order of March 27, 2025, entitled 'Exclusions from Federal Labor–Management Relations Programs.'

1-403.  The Department of the Treasury, except the Bureau of Engraving and Printing.

1-404.  The Department of Veterans Affairs.

1-405.  The Department of Justice.

1-406.  Agencies or subdivisions of the Department of Health and Human Services:

(a)  Office of the Secretary.

(b)  Food and Drug Administration.

(c)  Centers for Disease Control and Prevention.

(d)  Administration for Strategic Preparedness and Response.

(e)  Office of the General Counsel.

(f)  Office of Refugee Resettlement, Administration for Children and Families.

(g) National Institute of Allergy and Infectious Diseases, National Institutes of Health.

1-407.  Agencies or subdivisions of the Department of Homeland Security:

(a)  Office of the Secretary.

(b)  Office of the General Counsel.

(c)  Office of Strategy, Policy, and Plans.

(d)  Management Directorate.

(e)  Science and Technology Directorate.

(f)  Office of Health Security.

(g)  Office of Homeland Security Situational Awareness.

(h)  U.S. Citizenship and Immigration Services.

(i)  United States Immigration and Customs Enforcement.

(j)  United States Coast Guard.

(k)  Cybersecurity and Infrastructure Security Agency.

(l)  Federal Emergency Management Agency.

*The* WHITE HOUSE

(a)  Office of the Secretary.

(b)  Bureau of Land Management.

(c)  Bureau of Safety and Environmental Enforcement.

(d)  Bureau of Ocean Energy Management.

0087

1-409.  The Department of Energy, except for the Federal Energy Regulatory Commission.

1-410.  The following agencies or subdivisions of the Department of Agriculture:

(a)  Food Safety and Inspection Service.

(b)  Animal and Plant Health Inspection Service.

1-411.  The International Trade Administration, Department of Commerce.

1-412.  The Environmental Protection Agency.

1-413.  The United States Agency for International Development.

1-414.  The Nuclear Regulatory Commission.

1-415.  The National Science Foundation.

1-416.  The United States International Trade Commission.

1-417.  The Federal Communications Commission.

1-418.  The General Services Administration.

1-419.  The following agencies or subdivisions of each Executive department listed in section 101 of title 5, United States Code, the Social Security Administration, and the Office of Personnel Management:

(a)  Office of the Chief Information Officer.

(b)  any other agency or subdivision that has information resources management duties as the agency or subdivision's primary duty.

1-499.  Notwithstanding the forgoing, nothing in this section shall exempt from the coverage of Chapter 71 of title 5, United States Code:

(a)  the immediate, local employing offices of any agency police officers, security guards, or firefighters, provided that this exclusion does not apply to the Bureau of Prisons;

(b)  subdivisions of the United States Marshals Service not listed in section 1-209 of this order; or

(c)  any subdivisions of the Departments of Defense or Veterans Affairs for which the applicable Secretary has issued an order suspending the application of this section pursuant to section 4 of the Executive Order of March 27, 2025, entitled 'Exclusions from Federal Labor–Management Relations Programs.'"

Sec. 3.  Foreign Service Exclusions.  Executive Order 12171, as amended, is further amended by:

(a)  In the first paragraph:

(i)  adding "and Section 4103(b) of Title 22," after "Title 5"; and

(ii)  adding "and Subchapter X of Chapter 52 of Title 22" after "Relations Program.".

0088

(b)  Adding after section 1–102 a new section 1–103 that reads:

"1–103.  The Department subdivisions set forth in section 1–5 of this order are hereby determined to have as a primary function intelligence, counterintelligence, investigative, or national security work.  It is also hereby determined that Subchapter X of Chapter 52 of title 22, United States Code, cannot be applied to those subdivisions in a manner consistent with national security requirements and considerations.  The subdivisions set forth in section 1–5 of this order are hereby excluded from coverage under Subchapter X of Chapter 52 of title 22, United States Code."

(c)  Adding after the new section 1–4 added by section 2(b) of this order a new section 1–5 that reads:

"1–5.  Subdivisions of Departments Employing Foreign Service Officers.

1–501.  Subdivisions of the Department of State:

(a)  Each subdivision reporting directly to the Secretary of State.

(b)  Each subdivision reporting to the Deputy Secretary of State.

(c)  Each subdivision reporting to the Deputy Secretary of State for Management and Resources.

(d)  Each subdivision reporting to the Under Secretary for Management.

(e)  Each subdivision reporting to the Under Secretary for Arms Control and International Security.

(f)  Each subdivision reporting to the Under Secretary for Civilian Security, Democracy, and Human Rights.

(g)  Each subdivision reporting to the Under Secretary for Economic Growth, Energy, and Environment.

(h)  Each subdivision reporting to the Under Secretary for Political Affairs.

(i)  Each subdivision reporting to the Under Secretary for Public Diplomacy.

(j)  Each United States embassy, consulate, diplomatic mission, or office providing consular services.

1–502.  Subdivisions of the United States Agency for International Development:

(a)  All Overseas Missions and Field Offices.

(b)  Each subdivision reporting directly to the Administrator.

(c)  Each subdivision reporting to the Deputy Administrator for Policy and Programming.

(d)  Each subdivision reporting to the Deputy Administrator for Management and Resources.".

Sec. 4.  <u>Delegation of Authority to the Secretaries of Defense and Veterans Affairs</u>.  (a) Subject to the requirements of subsection (b) of this section, the Secretaries of Defense and Veterans Affairs are delegated authority under 5 U.S.C. 7103(b)(1) to issue orders suspending the application of section 1-402 or 1-404 of Executive Order 12171, as amended, to any subdivisions of the departments they supervise, thereby bringing such subdivisions under the coverage of the Federal Service Labor-Management Relations Statute.

(b)  An order described in subsection (a) of this section shall only be effective if:

(i)   the applicable Secretary certifies to the President that the provisions of the Federal Service Labor-Management Relations Statute can be applied to such subdivision in a manner consistent with national security requirements and considerations; and

(ii)  such certification is submitted for publication in the *Federal Register* within 15 days of the date of this order.

Sec. 5.  <u>Delegation of Authority to the Secretary of Transportation</u>.  (a)  The national security interests of the United States in ensuring the safety and integrity of the national transportation system require that the Secretary of Transportation have maximum flexibility to cultivate an efficient workforce at the Department of Transportation that is adaptive to new technologies and innovation.  Where collective bargaining is incompatible with that mission, the Department of Transportation should not be forced to seek relief through grievances, arbitrations, or administrative proceedings.

(b)  The Secretary of Transportation is therefore delegated authority under section 7103(b) of title 5, United States Code, to issue orders excluding any subdivision of the Department of Transportation, including the Federal Aviation Administration, from Federal Service Labor-Management Relations Statute coverage or suspending any provision of that law with respect to any Department of Transportation installation or activity located outside the 50 States and the District of Columbia.  This authority may not be further delegated.  When making the determination required by 5 U.S.C. 7103(b)(1) or 7103(b)(2), the Secretary of Transportation shall publish his determination in the *Federal Register.*

Sec. 6.  <u>Implementation</u>.  With respect to employees in agencies or subdivisions thereof that were previously part of a bargaining unit but have been excepted under this order, each applicable agency head shall, upon termination of the applicable collective bargaining agreement:

(a)  reassign any such employees who performed non–agency business pursuant to section 7131 of title 5 or section 4116 of title 22, United States Code, to performing solely agency business; and

(b)  terminate agency participation in any pending grievance proceedings under section 7121 of title 5, United States Code, exceptions to arbitral awards under section 7122 of title 5, United States Code, or unfair labor practice proceedings under section 7118 of title 5 or section 4116 of title 22, United States Code, that involve such employees.

Sec. 7.  Additional Review.  Within 30 days of the date of this order, the head of each agency with employees covered by Chapter 71 of title 5, United States Code, shall submit a report to the President that identifies any agency subdivisions not covered by Executive Order 12171, as amended:

(a) that have as a primary function intelligence, counterintelligence, investigative, or national security work, applying the definition of "national security" set forth by the Federal Labor Relations Authority in *Department of Energy, Oak Ridge Operations, and National Association of Government Employees Local R5-181*, 4 FLRA 644 (1980); and

(b)  for which the agency head believes the provisions of Chapter 71 of title 5, United States Code, cannot be applied to such subdivision in a manner consistent with national security requirements and considerations, and the reasons therefore.

Sec. 8.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,

March 27, 2025.

0091