**UNITED STATES DEPARTMENT OF JUSTICE**
**BUREAU OF PRISONS**
**WASHINGTON, D. C. 20537**

FICE OF THE DIRECTOR

January 17, 1968

Mr. John F. Griner
National President
American Federation of
Government Employees
400 First Street, N. W.
Washington, D. C. 20001

Mr. B. F. Howell, President
Council of Prison Lodges
American Federation of
Government Employees
1001 Shady Lane
Seagoville, Texas   75159

Dear Messrs. Griner and Howell:

On this day, the sixth anniversary of the signing of Executive Order
10988, it is my pleasure to inform you that the American Federation
of Government Employees (Council of Prison Lodges) is hereby granted
exclusive recognition.  The prerequisites  have been completed  and
all the requirements  for this degree of  recognition have been met;
therefore,exclusive recognition is granted as requested for the unit
described below.

All employees, Class Act, Wage Board, and Professional,
of the Bureau of Prisons and Federal Prison Industries,
Inc., shall constitute the unit of recognition for
exclusive recognition under Executive Order 10988 except
that said unit shall not include any managerial execu-
tive, any employee engaged in Federal personnel work in
other than a purely clerical capacity, both supervisors
who officially evaluate the performance of employees and
the employees whom they supervise.  All Central Office
employees are excluded from the unit of recognition.

This recognition is granted with the firm conviction that the Federal
Prison Service will  benefit through the fulfillment of the require-
ments set forth in Executive Order 10988.  It is my personal belief
that through the concerted efforts of the American Federation of
Government Employees,the Council of Prison Lodges, Bureau management
officials, and our employees, the goals which the President assigned
us will be achieved.

Our relationship has long been fruitful and I am confident will con-
tinue to be so.

Sincerely,

MYRL E. ALEXANDER
Director, Bureau of Prisons
Commissioner, Federal Prison Industries, Inc.

0195

Bureau of Prisons and
Federal Prison Industries, Inc.
Central Office

CASE NO. 22-5369(RO)

(Activity)

American Federation of Government Employees
Local 3546

(Petitioner)

## CERTIFICATION OF REPRESENTATIVE

An election having been conducted in the above matter under the supervision of the undersigned Area Administrator of the Labor-Management Services Administration, in accordance with the provisions of Executive Order 11491, as amended, and in accordance with the Regulations of the Assistant Secretary; and it appearing that a majority of the valid ballots has been cast for a representative for purposes of exclusive recognition;

Pursuant to authority vested in the undersigned,

IT IS HEREBY CERTIFIED that **American Federation of Government Employees, Local 3546, AFL-CIO.**

has been designated and selected by a majority of the employees of the above-named agency or activity, in the unit described below, as their representative for purposes of exclusive recognition, and that pursuant to Section 10(e) of Executive Order 11491, as amended, the said organization is the exclusive representative of all the employees in such unit.

UNIT:

Included : All non-supervisory GS professional and non-professional employees of the Bureau of Prisons and Federal Prison Industries, Incorporated, Central Office.

Excluded : All supervisors, management officials, employees engaged in Federal personnel work in other than a purely clerical capacity, temporary employees on appointments NTE 90 days, confidential employees and guards as defined in Executive Order 11491.

Labor-Management Services Administration

Acting Area Administrator

Area

Dated: August 30, 1974

LMSA 1101 (10/72)

0196