**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **June 24, 2026** _____

Case # **3:25-cv-01907-VDO** _____

**Nat'l Council of Prison Locals, et al.**
_____

Vs.

**Federal Bureau of Prisons, et al.**
_____

Honorable Judge **Vernon D. Oliver** _____

Deputy Clerk **Nicola Kelsey** _____

Counsel for Pla(s) **D. Jacobson, L. Eisenberg, B. Rosen-Shaud**

Counsel for Dft(s) **J. Brian Meskill** _____

Start Time **2:08** _____ End Time **2:44** _____

Recess (if more than ½ hr) _____ to _____

Total Time **0** _____hour(s) **36** _____minute(s)

Reporter/ECRO/Courtsmart **Corinne Thomas** _____

Interpreter _____ Language _____

Hearing held  ☐ in person  ☐ by video  ☑ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ▣ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 3/21/24