U.S. Department of Justice

Federal Bureau of Prisons

*Office of the Director*

*Washington, DC 20534*

October 2, 2026

MEMORANDUM FOR BRANDY MOORE WHITE

FROM: Malia Wilber, Assistant Director
Human Resource Management Division

SUBJECT: **Collective Bargaining Agreement**

On September 29, 2026, the District of Connecticut District Court, in National Council of Prison Locals, American Federation of Government Employees et al v. Federal Bureau of Prisons et al, 3:25-CV-01907, ordered the Bureau of Prisons to "reinstate the CBA, as well as any amendments, local supplemental agreements, and memoranda of understanding that were in place subsidiary to the CBA, for the remainder of the agreed-upon term provided in the CBA." The Bureau is aware of the Court's Order and is complying with its terms.