# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-01907 |

**DECLARATION OF ANDREW COLE**

I, Andrew Cole, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. I work as a teacher at the Federal Correctional Institution in Elkton, Ohio (FCI Elkton. I have held this position since February 2021. From March 2020, I served as a corrections officer. I serve as Secretary of AFGE Local 607.

3. On September 29, 2026, I attended a mandatory staff meeting in the chapel area of FCI Elkton. William K. Marshall III, Director of the Federal Bureau of Prisons (BOP), addressed staff and answered their questions.

4. Shortly after the floor was opened for questions, I heard Matthew Mason, a correctional officer and Vice President of AFGE Local 607, ask Director Marshall about the pending litigation between CPL-33 and BOP. Mr. Mason asked whether, if the judge granted relief requiring BOP to reinstate the union, Director Marshall would honor that ruling.

5. Director Marshall stated that he worked for the White House and answered to the White House. He stated that when his bosses told him to reinstate the union, he would do so, but not until then.

6. The account above is an accurate description of the exchange I personally heard. It reflects my recollection of what was said, and I do not purport to quote the question or Director Marshall's response verbatim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2026.

Andrew Cole

Andrew Cole