# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

*Plaintiffs*,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

*Defendants*.

Case No. 3:25-cv-01907

**DECLARATION OF STEVEN OSBORN**

I, Steven Osborn, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. I work as a correctional officer at the Federal Correctional Institution in Elkton, Ohio (FCI Elkton). I have held this position for seven years. I am also the Treasurer of AFGE Local 607.

3. On September 29, 2026, I attended a mandatory staff meeting in the chapel area of FCI Elkton. William K. Marshall III, Director of the Federal Bureau of Prisons (BOP), addressed staff and answered their questions.

4. Shortly after the floor was opened for questions, I heard Matthew Mason, a correctional officer and Vice President of AFGE Local 607, ask Director Marshall about the pending litigation between CPL-33 and BOP. Mr. Mason asked whether, if the judge granted relief requiring BOP to reinstate the union, Director Marshall would honor that ruling.

5. Director Marshall stated that he would comply with the court order when the White House tells him to.

6. The account above is an accurate description of the exchange I personally heard. It reflects my recollection of what was said, and I do not purport to quote the question or Director Marshall's response verbatim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of October, 2026.

Steven Osborn