# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-01907 |

**DECLARATION OF MATTHEW MASON**

I, Matthew Mason, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. I work as a correctional officer at the Federal Correctional Institution in Elkton, Ohio (FCI Elkton). I have held this position since January of 2006. I serve as Vice President of AFGE Local 607.

3. On September 29, 2026, I attended a mandatory staff meeting in the chapel area of FCI Elkton. William K. Marshall III, Director of the Federal Bureau of Prisons (BOP), addressed staff and answered their questions.

4. I asked Director Marshall about the pending litigation between CPL-33 and BOP. I asked him "when the court gives us our union back, are you going to honor it?"

5. Director Marshall responded, "I don't take directives from the court. I take my orders from the President of the United States."

6. The account above is an accurate description of the exchange I personally heard. It reflects my recollection of what was said, and I do not purport to quote my question or Director Marshall's response verbatim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2026.

____*/s/Matthew Mason*__________
Matthew Mason