# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

*Plaintiffs*,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

*Defendants*.

Case No. 3:25-cv-01907

**DECLARATION OF TARHONDA ROLFE**

I, TaRhonda Rolfe, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. I held the position of Case Manager at FCC Forrest City for approximately 19 years before the termination described below.

3. On Monday, October 5, 2026, I was instructed to report to the Warden's Office to meet with FCC Forest City Warden Katina Heckard, regarding a decision concerning disciplinary action against me.

4. Before the meeting, I informed Angela Clay, the Human Resources Manager, that I wanted union representation during the meeting with the Warden. Ms. Clay responded, "There ain't no union," and stated that I could not have union representation.

5. During the meeting with Warden Heckard, I again requested union representation before the meeting proceeded. Ms. Clay again stated, "There ain't no union," referring to her earlier statement that I could not have representation.

6. Warden Heckard heard me ask for a union representative. Warden Heckard heard Ms. Clay say "there ain't no union."

7. Despite my repeated requests for union representation, Warden Heckard proceeded with the meeting without allowing me to have a union representative present.

8. At the conclusion of the meeting, I was informed that I was being terminated from my position as a Case Manager.

9. I requested union representation both before and during the disciplinary meeting. My requests were denied on the stated ground that there was no union and that I could not have representation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2026.

TaRhonda Rolfe