# EXHIBIT 6

Outlook

**RE: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)**

**From** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>
**Date** Tue 10/6/2026 4:44 PM
**To** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>

Dan,

I know you requested a response today by 5pm, so what I can relay to you now is that the BOP confirms the CBA has been reinstated, along with amendments, local supplemental agreements, and other memorandums of understanding, per the Court's Preliminary Injunction. To the extent your clients believe the BOP is not adhering to any term provided for within the CBA, the reinstated CBA provides the remedy for alleged breaches of its terms. Thus, their recourse for any alleged breach is to follow the procedures provided in the Agreement—the same procedures that they followed before the termination of the CBA.

Best,

Brian

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Monday, October 5, 2026 5:04 PM
**To:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] Re: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Brian,

We have reviewed Defendants' notice from Friday and the Wilber Memorandum. Although the notice is styled as a "notice of compliance," neither that filing nor the Wilber Memorandum details any steps that BOP has taken or will take to comply with the court's order. Neither document even says that the CBA has been fully reinstated. And our clients have not seen or heard of any actions BOP has taken to comply with the order and reinstate the CBA.

Please let us know us by **5pm tomorrow (10/6)**:

1. What specific steps has BOP taken to comply with the Court's order?

2. Has BOP, on an agency-wide basis as required by the injunction and described by BOP on pages 38-39 of ECF 40-1, taken each of the following steps? If not, why not and what is the date certain by which BOP will do so?

a. Allowed union officials to take official time;
b. Recommissioned office space in facilities for the union's use;
c. Adjusted employees' schedules (e.g., compressed work schedules) in accordance with facility-specific agreements;

d. Reinstated the CBA's grievance process;
e. Resumed the collection of union dues;
f. Reengaged in collective bargaining with CPL-33.

3. Can BOP amend the Wilber Memorandum to affirmatively state that the CBA is fully reinstated? If not, why not?

4. Can you make the affirmative statement to us that the CBA is fully reinstated? If not, why not?

Best,
Dan

---

**From:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>
**Sent:** Friday, October 2, 2026 4:53 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** RE: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Dan, I understand this just went out.

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Friday, October 2, 2026 3:29 PM
**To:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] Re: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Brian, has this gone out?

---

**From:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>
**Sent:** Thursday, October 1, 2026 10:12 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** RE: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Dan,

I thought BOP had communicated its compliance to the union, but I understand they will provide a compliance notice to the union tomorrow, likely in the AM. I will share it with you when I receive a copy.

Best,

Brian

J. Brian Meskill
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
450 Main Street, Rm. 328
Hartford, CT 06103
Office: (860) 760-7966
Cell: (203) 627-1017

Fax: (860) 760-7979
Brian.Meskill@usdoj.gov

NOTICE: This email and any files transmitted with it are the property of the United States. This communication with its contents may contain confidential, attorney-client, or other legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Thursday, October 1, 2026 6:16 PM
**To:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] Re: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Thanks Brian.

---

**From:** Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>
**Sent:** Thursday, October 1, 2026 5:05 PM
**To:** Dan Jacobson <dan@jacobsonlawyersgroup.com>; Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** RE: PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Dan,

I am checking now with BOP and will get you a response ASAP.

Best,

Brian

J. Brian Meskill
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
450 Main Street, Rm. 328
Hartford, CT 06103
Office: (860) 760-7966
Cell: (203) 627-1017
Fax: (860) 760-7979
Brian.Meskill@usdoj.gov

NOTICE: This email and any files transmitted with it are the property of the United States. This communication with its contents may contain confidential, attorney-client, or other legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Dan Jacobson <dan@jacobsonlawyersgroup.com>
**Sent:** Thursday, October 1, 2026 4:56 PM
**To:** Mauritzen, Jeremy (CIV) <Jeremy.Mauritzen@usdoj.gov>; Meskill, Brian (USACT) <Brian.Meskill@usdoj.gov>
**Cc:** Lynn Eisenberg <lynn@jacobsonlawyersgroup.com>; Brian Rosen-Shaud <brian@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] PI compliance -- Nat'l Council of Prison Locals v. BOP (D. Conn.)

Jeremy and Brian,

I'm reaching out regarding the government compliance with the court's preliminary injunction from Sept. 29. Brian M. told our Brian yesterday that BOP is complying, but we understand that the CBA has yet to be restored and there have been no communications from BOP indicating when it'll be restored. That's despite the fact that the court ordered: "Defendants shall immediately reinstate the CBA, as well as any amendments, local supplemental agreements, and memoranda of understanding
that were in place subsidiary to the CBA."

Can you advise as soon as possible on the steps that BOP has taken to comply with the court's order, why the CBA hasn't been reinstated yet, and when it will be?

Best,
Dan

Daniel Jacobson
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
301-823-1148