**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

NATIONAL COUNCIL OF PRISON LOCALS, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

*Plaintiffs*,

v.

FEDERAL BUREAU OF PRISONS, *et al.*,

*Defendants*.

Case No. 3:25-cv-01907

**NOTICE RELATING TO MOTION**
**FOR CONTEMPT OR IN THE ALTERNATIVE TO ENFORCE**

Plaintiffs submit this Notice relating to Plaintiffs October 6, 2026 Motion for Contempt or in the Alternative to Enforce (the Motion) (ECF No. 75). After filing the Motion, Plaintiffs' Counsel became aware that Defendants have approved official time requests for members of the CPL-33 board, including for CPL-33 President Brandy White yesterday. As of this filing, Plaintiffs further understand that Defendants have approved official time for a limited number of local officials; have approved a single request for union space; and have granted approval for union representation at a committee meeting that has not yet taken place. But Plaintiffs are not, as of this filing, aware of any central guidance that BOP leadership has provided to wardens that withdraws or contradicts the BOP guidance that directed non-compliance, as described in Plaintiffs' motion.

Because Plaintiffs' motion yesterday stated that Defendants had taken no steps to effectuate the Court's Order (ECF No. 72), Plaintiffs provide this supplementary notice in the interest of transparency and to update the record. As the Court directed, Plaintiffs will provide

any additional information of which they become aware in the Joint Status Report on Friday, October 9.

Dated: October 7, 2026

Respectfully submitted,

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar 1016621)*
Lynn D. Eisenberg (D.C. Bar 1017511)*
Brian C. Rosen-Shaud (D.C. Bar 90042065)*
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave NW, Suite 301
Washington, D.C. 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Admitted *pro hac vice*

By: /s/ Logan J. Place
Logan J. Place (ct31874)
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue, 2nd Floor
Hartford, CT 06105
(860) 233-9821
ljplace@lapmk.org

*Counsel for Plaintiffs*