**U.S. Department of Justice**

Federal Bureau of Prisons

*Office of the Director*

*Washington, DC 20534*

October 7, 2026

MEMORANDUM FOR BRANDY MOORE WHITE, UNION PRESIDENT

FROM: William K. Marshall III, Director

SUBJECT: Rescission of Termination of Existing Collective Bargaining Agreement

By this memorandum, I am rescinding the memorandum titled "*Termination of Existing Collective Bargaining Agreement*," dated September 25, 2025, along with the Message from the Director titled, "No excuses. No Roadblocks. Just Better. (posted September 25, 2025), and any other contemporaneous communications by my office related to such rescission including, but not limited to, written communications, videos, and Sallyport announcements. To the extent the September 25, 2025, Message from the Director, or any other subsequent communications, videos, or announcements stated or implied that the termination of the Master Agreement was not for the purposes related to Executive Order 14251, such statements or implications are hereby rescinded. This rescission is effective on the date of this memorandum.

Exhibit A