AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

NATIONAL COUNCIL OF PRISON LOCALS, AFGE
*Plaintiff*
v.
FEDERAL BUREAU OF PRISONS
*Defendant*

Case No. 3:25-cv-01907-VDO

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants .

Date: 10/09/2026

/s/ Tyler J. Becker
*Attorney's signature*

Tyler Becker (VA Bar No. 97636)
*Printed name and bar number*

Office of the Assistant Attorney General, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

tyler.becker@usdoj.gov
*E-mail address*

(202) 514-4052
*Telephone number*

*FAX number*