**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date October 13, 2026

National Council of Prison Local, et al

Vs.

Federal Bureau of Prisons, et al.

Start Time 4:08 pm End Time 5:10 pm

Recess (if more than ½ hr) ________ to ________

Total Time 1 hour(s) 2 minute(s)

Case # 3:25cv1907 (VDO)

Honorable Judge Vernon D. Oliver

Deputy Clerk Nicola Kelsey

Counsel for Pla(s) Lynn Eisenberg/Logan Place

Counsel for Dft(s) Tyler Becker/ J. Brian Meskill

Reporter/ECRO/Courtsmart Corinne Thomas

Interpreter ________ Language ________

Hearing held ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument 62 min | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ________ ____ |

**MOTIONS**

■ Motion for Contempt (ECF 75) filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________

☐ Status report due ________

☐ Hearing continued until ________ at ________

**NOTES**

Rev. 3/21/24