**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS et al., | : | No.: 3:25cv1907 (VDO) |
| Plaintiffs, | : | |
| v. | : | |
| FEDERAL BUREAU OF PRISONS et al., Defendants. | : | October 20, 2026 |

**EMERGENCY MOTION FOR CLARIFICATION OR, ALTERNATIVELY,**
**FOR MODIFICATION OR DISSOLUTION OF PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7(a), Defendants, the Federal Bureau of Prisons ("BOP") and William K. Marshall III, in his official capacity as Director of the BOP, hereby respectfully move for clarification from the Court that its September 29, 2026, Preliminary Injunction Memorandum & Order permits re-termination of the collective bargaining agreement between the BOP and National Council of Prison Locals, American Federation of Government Employees, on the basis of a fresh agency decision and explanation. If the preliminary injunction is not so clarified, this Court should in the alternative modify or dissolve the preliminary injunction to permit such re-termination. Defendants request expedited consideration by the Court pursuant to Local Civil Rule 7(a)(6), as the BOP's re-termination was voided by the Court and the BOP has since been unable to terminate the CBA unless and until the Court grants this motion. In support of this motion, Defendants attach a memorandum of law.

Respectfully submitted,

THE FEDERAL BUEARU OF PRISONS;
and WILLIAM K. MARSHALL III, in his
official capacity as Director of the BOP

By their attorneys

DAVID X. SULLIVAN
United States Attorney

/s/
J. Brian Meskill (ct29611)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: 860-947-1101
Fax: (860) 760-7979
Email: Brian.Meskill@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

Tyler J. Becker (VA Bar No. 97636)
Counsel to the Assistant Attorney General
Office Of The Assistant Attorney General,
Civil Division 950 Pennsylvania Ave Nw
Rm. 3632
Washington, DC 20530
USA
202-514-4052
Email:Tyler.Becker@usdoj.Gov

Jeremy Mauritzen (CA Bar 354615) Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7315
Email: Jeremy.Mauritzen@usdoj.gov