**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL COUNCIL OF PRISON LOCALS et al., | : | No.: 3:25cv1907 (VDO) |
| Plaintiffs, | : | |
| v. | : | |
| FEDERAL BUREAU OF PRISONS et al., Defendants. | : | October 28, 2026 |

**<u>DEFENDANTS' NOTICE OF COMPLIANCE</u>**

On September 29, 2026, this Court issued a Memorandum & Order entering a preliminary injunction in Plaintiffs' Administrative Procedure Act ("APA") challenge to Defendants' decision to terminate the collective bargaining agreement ("CBA") that the Federal Bureau of Prisons ("BOP") held with National Council of Prison Locals, American Federation of Government Employees ("CPL-33"). *See* PI Order, p. 2, ECF No. 72. That Order states, in part:

> The September 25, 2025, termination of the CBA is preliminarily set aside and enjoined. Defendants shall immediately reinstate the CBA for the remainder of the agreed-upon term provided in the CBA, and shall be governed by the terms of that agreement. Defendants shall also reinstate any amendments, local supplemental agreements, and memoranda of understanding that were in place subsidiary to the CBA.

*Id*. On October 16, 2026, the Court granted in part and denied in part Plaintiffs' motion for enforcement of the PI. *See* Enforcement Order, ECF No. 84. In relevant part, the Court found Defendants attempted re-termination of the CBA to be void and ordered that "[t]he CBA shall remain in effect until either the expiration of the agreed upon term of the agreement on May 28, 2029, or until the Court grants a properly filed motion by Defendants to dissolve or clarify the PI Order to permit re-termination." *Id.*, p. 10. On October 21, 2026, the Court ordered that "Defendants shall file a notice of compliance that outlines Defendants' steps taken to comply with

the [CBA] since the Court's October 16, 2026, Order (ECF No. 84) and further outlines Defendants' intended next steps to comply with the CBA." Order, ECF No. 88. Pursuant to that order, Defendants provide notice of their compliance with the attached declaration which outlines Defendants' steps taken to comply with the CBA since the Court's October 16, 2026, Order, ECF No. 84, and further outlines Defendants' intended next steps to comply with the CBA. *See* Second Supplemental Declaration of Jonathan Hemingway, Senior Deputy Assistant Director for the BOP Human Resource Management Division, attached hereto as Exhibit 1.

Respectfully submitted,

THE FEDERAL BUEARU OF PRISONS;
and WILLIAM K. MARSHALL III, in his
official capacity as Director of the BOP

By their attorneys

DAVID X. SULLIVAN
United States Attorney

/s/
J. Brian Meskill (ct29611)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: 860-947-1101
Fax: (860) 760-7979
Email: Brian.Meskill@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

Tyler J. Becker (VA Bar No. 97636)
Counsel to the Assistant Attorney General
Office Of The Assistant Attorney General,
Civil Division 950 Pennsylvania Ave Nw
Rm. 3632
Washington, DC 20530

USA
202-514-4052
Email:Tyler.Becker@usdoj.Gov

Jeremy Mauritzen (CA Bar 354615) Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7315
Email: Jeremy.Mauritzen@usdoj.gov